**IN RE THE PETITION OF THE**
**LIFER FAMILY SUPPORT NETWORK,**
**LORIE FRIEND, AND JULIE MAGERS**
**FOR AN EXTRAORDINARY WRIT**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. No. 20**

\*     **September Term, 2019**

## ORDER

WHEREAS, on April 6, 2020, Petitioners filed a pleading entitled Petition for an Extraordinary Writ ("Petition") and on April 8, 2020, filed an Amended Petition for an Extraordinary Writ ("Amended Petition"), neither of which names any respondents; and

WHEREAS, the Court is cognizant that the Chief Judge will issue shortly an administrative order pursuant to the Maryland Constitution, Article IV, §18, and Maryland Rules 16-105(b) and 16-1001 *et seq.*, which will provide direction and guidance to the Administrative Judges of the respective judicial circuits and districts of the District Court of Maryland in connection with important health concerns affecting inmates detained in or incarcerated in jails and correctional facilities in Maryland during the COVID-19 virus pandemic; it is this 10th day of April, 2020

**ORDERED**, by the Court of Appeals, that the Amended Petition be and is hereby DISMISSED.

/s/ Mary Ellen Barbera
Chief Judge

/s/ Robert N. McDonald

/s/ Shirley M. Watts

/s/ Michele D. Hotten

/s/Joseph M. Getty

/s/ Brynja M. Booth

/s/ Jonathan Biran

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk